# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

JESSIE J. ROBERTS,                    :

                Plaintiff,          :

      v.                              :          CIVIL ACTION NO.: CV510-105

                                 :

MICHEAL LINTEN and WARE          :
COUNTY JAIL,                            :

                Defendants.        :

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief might be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 14 day of _January_, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA